**WILLIAM C. CARPENTER JR.**, Oregon State Bar # 90045
wcarpenter@igc.org
Attorney at Law
474 Willamette St. Suite 303
Eugene, Oregon 97401
(541) 484-4436
Fax (541)683-1346
Attorney for Plaintiff

**JOHN C. CRUDEN**
Acting Assistant Attorney General
Jay.Govindan@usdoj.gov
**S. JAY GOVINDAN**, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Section
Wildlife & Marine Resources Division
Benjamin Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0237


Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| OREGON WILD, an Oregon non-profit Corporation, | Cv. No. 09-185-AA |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| v. | |
| MICHAEL C. CONNOR,[1] in his official capacity as Commissioner of the Bureau of Reclamation, | |
| Defendant, | |

Plaintiffs, Oregon Wild, and Defendant, Michael C. Conner, in his official capacity as Commissioner of the Bureau of Reclamation, and the United States, hereby stipulate that the

---

[1] Mr. Connor, as Commissioner of the Bureau of Reclamation, is substituted for Mr. McDonald, the outgoing Acting Commissioner.

instant action shall be dismissed without prejudice, upon entry of the below Order by the Court, for the reasons and pursuant to the terms set forth in the Settlement Agreement signed by the parties, attached hereto as Exhibit 1.

**SO STIPULATED**

|  |  |
|---|---|
|  | John C. Cruden<br>Acting Asst. Attorney General |
| s/ William C. Carpenter Jr.<br>William C. Carpenter Jr.<br>Attorney at Law<br>Suite 303<br>474 Willamette St.<br>Eugene, Oregon 97401<br>(541) 484-4436 | s/ S. Jay Govindan<br>S. Jay Govindan<br>U.S. Department of Justice<br>Wildlife & Marine Resources<br>   Division<br>Benjamin Franklin Station<br>P.O. Box 7369<br>Washington, D.C. 20044-7369<br>(202) 305-0237 |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |

**SO ORDERED**

_[signature]_

UNITED STATES DISTRICT JUDGE